# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>Yvette Skaggs, Individually and as wife of Decedent Kevin Cribb,<br>Case No. 1:14-cv-10075<br><br>v.<br><br>Eli Lilly and Company, et al. | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendants, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), said parties to bear their own costs.

*s/ Robert K. Shelquist*
Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Ave. S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 339-6900
Email: rkshelquist@locklaw.com
*Counsel for Plaintiff*

*s/ David Edward Stanley*
David Edward Stanley
REED SMITH LLP
355 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
(213) 457-8000
Email: dstanley@reedsmith.com
*Counsel for Eli Lilly and Company and Lilly USA, LLC*

514358.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2017, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *Robert K. Shelquist*